ADAM J. STEWART, ESQ.
California State Bar #167403
**MOORAD, CLARK & STEWART**
1020 15th Street, Suite 20
Modesto, CA. 95354
Telephone (209) 526-0522
Fax (209) 526-4703

RODNEY SMOLLA, Of Counsel
Virginia State Bar # 32768, Dean, Washington & Lee University School of Law
Lexington, Virginia 24450-2116
Telephone (540)458-8501
Fax (540) 458-8488

Attorneys for Plaintiff, ANGELA YOW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA YOW,<br><br>Plaintiff(s),<br><br>vs.<br><br>NATIONAL ENQUIRER, INC. and DOES 1 through 50,<br><br>Defendants. | CASE NO.<br><br>COMPLAINT FOR DAMAGES<br><br>JURY TRIAL DEMANDED |

The Plaintiff ANGELA YOW brings this action, on information and belief and alleges:

**<u>JURISDICTION & VENUE</u>**

1. The Plaintiff, ANGELA YOW is a citizen of California. The Defendant, **NATIONAL ENQUIRER, INC.**, is a corporation with its principal place of business in Florida. This is a civil action between citizens of different states. The matter in controversy exceeds, exclusive of interests and costs, Seventy-five thousand dollars ($75,000.00). This Court has jurisdiction pursuant to 28 U.S.C. § 1332 (a).

/ / /

/ / /

/ / /

2. Venue is proper because a substantial part of the events giving rise to the claims asserted took place in Modesto, California, within the Eastern District of California.

## PARTIES

3. The Plaintiff ANGELA YOW is a citizen of California who is and at all relevant times was a resident of Modesto, California.

4. The Defendant, **NATIONAL ENQUIRER, INC**. Is a Corporation with its principal place of business is in Florida and the publisher of a weekly tabloid magazine entitled The National Enquirer.

5. All Actions of **NATIONAL ENQUIRER, INC.**, alleged in this complaint were ratified by its officers, directors, managing agents, lawyers and or/editors.

## CAUSE OF ACTION FOR DEFAMATION

6. This is a cause of action for defamation "of and concerning" the Plaintiff ANGELA YOW, arising from the publication of the August 21, 2006 edition of the National Enquirer.

7. In its August 21, 2006 edition The **National Enquirer** published a story alleging that the well-known celebrity Mel Gibson had traveled to Modesto, California in 1990, and engaged in a binge of drinking, cocaine use, and sexual promiscuity. The offending story is attached to this complaint as Exhibit A.

8. The **National Enquirer** story named the Plaintiff ANGELA YOW as one of the group of "four or five women" who engaged in illicit activity with Mel Gibson. The store would have been understood by the ordinary reasonable reader as communicating the defamatory allegation that the Plaintiff ANGELA YOW used cocaine with Mel Gibson and the other woman referred to in the story.

9. The following passage of the **National Enquirer** of August 21, 2006 story contains the false defamatory statements upon which ANGELA YOW bases her claim for defamation:

"During one binge at a Modesto, California bar, Mel not only swooped down on many of the women but also did drugs, charges a source.

///

He was snorting cocaine in a back room surrounded by girls at the East Street Saloon back in 1990, according to the source, who barged in on the party. "Mel was huddled over a small mound of cocaine on top of the glass-topped desk..". . . . . . . . . . .

"He was snorting through a small brass tube. "There were four or five women around the table with him who were sharing the coke with him."

When the manager learned what was going on, Mel and company were shown the door, according to the source.

"They escorted him out with a couple of girls in tow to continue the party elsewhere." On that same trip to Modesto, FRED YOW told the National Enquirer his daughter brought Mel home after a wild night.

"Mel ended up sleeping with her friend. He wanted to sleep with my daughter Angela, but I told him if he tried to I'd break his face!".

10. The offending passage quoted above in paragraph 9 does not literally state that "ANGELA YOW snorted cocaine with Mel Gibson." The passage quoted above in Paragraph 9, however, would be understood by the ordinary reasonable reader as communicating precisely that. The ordinary reasonable reader would conclude that the passage was intended to convey the meaning, and did in fact convey the meaning that Plaintiff ANGELA YOW snorted cocaine with Mel Gibson. The passage thus stated that "There were four or five women around the table with him who were sharing the coke with him." It then says that "When the manager found out what was going on, Mel and company were shown the door." The very next sentence states that "They escorted him out with a couple of girls in tow to continue the party elsewhere." In the very next sentence, the story states: "On that same trip to Modesto, Fred Yow told the National Enquirer, his daughter brought Mel home after a wild night, "Mel ended up with sleeping with her friend. He wanted to sleep with my daughter Angela, but I told him if he tried to "I'd break his face!"

11. The ordinary reasonable reader would understand the passage quoted above in paragraphs 9 as intended to convey, and as in fact conveying, the following meaning: Angela Yow was on of the two girls with whom Mel Gibson left the Easy Street Saloon, after the manager of

the saloon discovered that Mel and a group of "four or five women," including the two women who left the saloon with Gibson, were snorting cocaine with Gibson. The natural and logical reading of the passage is that the two women who left with Gibson from the Easy Street, Saloon were the same two women who went on to continue the "wild night" with Gibson referred to in the sentences that immediately followed.

Those two women, one of whom was identified as Plaintiff, ANGELA YOW, were plainly intended to be understood, and would have been understood, as two of the "four or five" women in the group who were alleged to have been using cocaine with Gibson. Any reasonable reader would understand the passage as conveying the meaning that the two who left he Easy Street with Gibson were the two women who left the Easy Street with Gibson were the same two women immediately referenced in the very next passage, which refers to the Plaintiff ANGELA YOW and her friend. Thus the Plaintiff ANGELA YOW would clearly be understood by the ordinary reasonable reader as one of the women at Easy Street Saloon who shared cocaine with Gibson.

12. The passage is false. The Plaintiff ANGELA YOW did not use cocaine with Mel Gibson, as the story claims. The Plaintiff ANGELA YOW was never in the presence of cocaine that evening, and did not witness anyone using cocaine, with Mel Gibson, or anyone else. Plaintiff ANGELA YOW has never used cocaine.

13. The passage quoted above in paragraph 9 is defamatory per se, in that the plain and manifest meaning of the passage is that ANGELA YOW used cocaine, a felony.

14. The Defendant, **National Enquirer, Inc.,** published the false defamatory statements with negligence and with actual malice, with knowledge of falsity or reckless disregard for truth or falsity.

15. Plaintiff ANGELA YOW is a private figure for the purposes of this defamation action.

16. The publication by the defendant **NATIONAL ENQUIRER, INC.**, of the false and defamatory statements communicating that the plaintiff ANGELA YOW used cocaine with Mel Gibson was the proximate cause of actual damage to Plaintiff ANGELA YOW, including, general damages to her reputation, and infliction of severe emotional distress from humiliation, anguish,

and embarrassment.

**PRAYER FOR RELIEF**

17. Wherefore, the Plaintiff ANGELA YOW prays for judgment and relief against the Defendant **National Enquirer, Inc.**, in the form of general damages, punitive damages, apology and retraction, and such other form as the court may deem proper and appropriate.

**REQUEST FOR A JURY TRIAL**

The Plaintiff ANGELA YOW respectfully requests a jury trial in this action.

Respectfully submitted,

DATED: July 19, 2007

**MOORAD, CLARK & STEWART**

By: ____________________
ADAM J. STEWART
Attorney for Plaintiff,
ANGELA YOW

# EXHIBIT "A"

MEL GIBSON SHOCKING TELL-ALL
15 YEARS OF AFFAIRS
HIS COCAINE FRENZY
THE NATIONAL
Enquirer
KIRSTIE
BINGE
EATING
AGAIN!
'S
KA!
's outrage
reports...
RUISE
ABY
ISFIGURED
Suzanne Pleshette
BATTLES
LUNG CANCER
AUGUST 21, 2006
$2.99 US / $3.95 Canada
Only in The ENQUIRER
ROBIN
WILLIAMS
IN
REHAB
His drunken
nights wreck
marriage

After
10 days
at diet spa





MEL GIBSON
SHOCKING T
15 YEARS OF AFFAIRS HIS

MEL GIBSON's DUI arrest and roadside rampage have ripped the lid off his secret life. Former friends, ex-lovers and pals have now come forward to tell all about the REAL Mel a man who has indulged in years of cocaine nd booze binges and torrid extramarital ffairs.

Even after Mel tried to reform through lcoholics Anonymous and became a pious hurchgoer, he was never far from a bottle of ooze and a beautiful woman.

An in-depth ENQUIRER investigation eveals that for many years the Oscar winner as been leading two lives. To the public, he was fun-loving, easygoing Mel – a father of seven, who's been married more than 25 years. But another dramatically different side of Mel exploded into the open when he was busted for drunk-driving in Malibu on July 28 – and flew into a hate-spewing tirade.

"His religious fanaticism cloaked a dark, desperate soul who was capable of horrendous rage and bigotry – fueled by massive amounts of booze, drugs and available women," disclosed a Malibu friend.

"Mel is his own worst enemy. His downfall has revealed a complicated, seedy secret life he kept from everyone."

At AA meetings the star attends, he gives the illusion that his troubles are demons from the past. But while he's conquered some problems, others still plague him, according to the friend.

"Mel used Malibu as his personal playground – he was as well-known at the beachfront bars as he was at the AA meetings.

"He tells a famous war story at AA meetings about throwing back five beers before breakfast. But I saw him just recently, and he polished off an entire liter of vodka in two hours.

"And wherever you find Mel, you'll find women – lots of them. He can't help himself. He uses his fame and his charm to get women into bed."

The night of his bust, the bible-thumping hypocrite was flirting outrageously at Moonshadows restaurant, divulged the friend.

"He goes after barflies – young hotties who are easily impressed. The only reason he didn't score that night was because he was just too drunk."

During one binge at a Modesto, Calif., bar, Mel not only swooped down on many of the women but also did drugs, charges a source.

He was snorting cocaine in a back room surrounded by girls at the Easy Street saloon back in 1990, according to the source, who barged in

on
sn
a g

sn

ar
w

w
w
s

# THE PICTURE THAT'S WORTH A THOUS

## Drunk Mel caught hitting on blonde

HERE's the photo that wild man Mel Gibson prayed his wife would never see – and it's only in The ENQUIRER!

The exclusive picture shows Mad Mel, glass of vodka in hand, looking like he was trying to pick up a cute blonde at Moonshadows restaurant before his headline-making drunk-driving arrest in Malibu.

"Mel Gibson was flirting outrageously with the blonde, who was visiting from Cleveland," an eyewitness told The ENQUIRER.

"He'd picked up a bottle of Grey Goose vodka

from b
into he
Dru
other
"The
with t
"He
the ba
eyes."
The
name
fathe



# ...S COCAINE FRENZY

on the party. "Mel was huddled over a small mound of cocaine on top of a glass-topped desk.

"He was snorting through a small brass tube.

"There were four or five women around the table with him who were sharing the coke with him."

When the manager learned what was going on, Mel and company were shown the door, according to the source.

"They escorted him out with a couple of the girls in tow to continue the party elsewhere."

On that same trip to Modesto, Fred Yow told The ENQUIRER his daughter brought Mel home after a wild night.

"Mel ended up sleeping with her friend. He wanted to sleep with my daughter Angela, but I told him if he tried to I'd break his face!

"He was beyond

CONTINUED ON PAGE 34

**EXCLUSIVE NEWS ONLY IN THE ENQUIRER**

# ...ND (SLURRED) WORDS!

...nd the bar and was pouring vodka ...ass and his."

...el posed for pictures with several ...of-towners.

... went into his lounge lizard routine ...onde," said the eyewitness.

...is arm around her, massaged ... her neck, and gazed into her

...de, an attractive young woman ...ten, has told pals that she and the ...ven flirted from across the bar, sticking their tongues out at each other. Then she walked over and playfully kicked Mel in the butt.

Kristen told pals that she was tipsy herself by the end of the evening, but she ignored Gibson's boozy flirtations. Instead, she grabbed his car keys and told him he couldn't drive.

She offered to drive him home, but Gibson hopped into his Lexus, making the biggest mistake of his life.

"When I heard he was arrested for DUI, I couldn't believe it!" Kristen said.

tirade.

"His religious fanaticism cloaked a dark, desperate soul who was capable of horrendous rage and bigotry – fueled by massive amounts of booze, drugs and available women," disclosed a Malibu friend.

"He goes after barflies – young hotties who are easily impressed. The only reason he didn't score that night was because he was just too drunk."

During one binge at a Modesto, Calif., bar, Mel not only swooped down on many of the women but also did drugs, charges a source.

He was snorting cocaine in a back room surrounded by girls at the Easy Street saloon back in 1990, according to the source, who barged in

to sleep with daughter An but I told him tried to I'd brea face!

"He was be

CONTINUED ON PAG

# THE PICTURE THAT'S WORTH A THOUSAND (SLURR

## Drunk Mel caught hitting on blonde

HERE's the photo that wild man Mel Gibson prayed his wife would never see – and it's only in The ENQUIRER!

The exclusive picture shows Mad Mel, glass of vodka in hand, looking like he was trying to pick up a cute blonde at Moonshadows restaurant before his headline-making drunk-driving arrest in Malibu.

"Mel Gibson was flirting outrageously with the blonde, who was visiting from Cleveland," an eyewitness told The ENQUIRER.

"He'd picked up a bottle of Grey Goose vodka

from behind the bar and was pouring vodka into her glass and his."

Drunk Mel posed for pictures with several other out-of-towners.

"Then he went into his lounge lizard routine with the blonde," said the eyewitness.

"He put his arm around her, massaged the back of her neck, and gazed into her eyes."

The blonde, an attractive young woman named Kristen, has told pals that she and the father of seven flirted from across the bar,



ELL-FALL!
EXCLUSIVE NEWS ONLY IN THE ENQUIRER

# COCAINE FRENZY

n the party. "Mel was huddled over a nall mound of cocaine on top of glass-topped desk.

"He was snorting through a nall brass tube.

"There were four or five women round the table with him who ere sharing the coke with him."

When the manager learned what as going on, Mel and company ere shown the door, according to the ource.

"They escorted him out with a couple of the girls in tow to continue the party elsewhere."

On that same trip to Modesto, Fred Yow told The ENQUIRER his daughter brought Mel home after a wild night.

"Mel ended up sleeping with her friend. He wanted to sleep with my daughter Angela, but I told him if he tried to I'd break his face!

"He was beyond

CONTINUED ON PAGE 34

# ND (SLURRED) WORDS!

nd the bar and was pouring vodka ass and his."

lel posed for pictures with several of-towners.

e went into his lounge lizard routine londe," said the eyewitness.

his arm around her, massaged f her neck, and gazed into her

nde, an attractive young woman isten, has told pals that she and the even flirted from across the bar, sticking their tongues out at each other. Then she walked over and playfully kicked Mel in the butt.

Kristen told pals that she was tipsy herself by the end of the evening, but she ignored Gibson's boozy flirtations. Instead, she grabbed his car keys and told him he couldn't drive.

She offered to drive him home, but Gibson hopped into his Lexus, making the biggest mistake of his life.

"When I heard he was arrested for DUI, I couldn't believe it!" Kristen said.

# MEL GIBSON SHOCKING TELL-AL

Continued from page 31

drunk. My nephew told me Mel had been snorting cocaine. The cops knew it. If it had been you or me, we would have ended up in jail."

Recalled another source; an attractive woman: "One night after the Oscars, I ran into Mel coming out of the Governor's Ball. While waiting for our cars together, Mel made a major drunken pass at me and I was floored.

"He was practically falling out of his car when he slurred: 'Hey beautiful – why don't you come with me?'"

The stunned woman turned him down, but remembers "thanking God that Mel had a driver that night." Diane Alouise, a California stand-up comic and hairdresser, says she had a four-month fling with married Mel. She told The ENQUIRER she made love to Mad Max more than 20 times back in 1988 – beginning with oral sex in a Marina del Rey restaurant.

"He's a partier. He's always gonna have a relapse. He got drunk with me. He's wild."

Diane said she feels sorry for Mel's long-suffering wife Robyn – and believes he strays often.

"I know other girls who've been with him. It's not in Mel's nature to stay loyal to his wife," she said.

"She knows of these affairs, but wha to do? She'll stay. She's married to and they've got seven kids."

The "Braveheart" star knows h the pants off ladies, an industry ins ENQUIRER.

"I had an affair with Mel when w the movie 'The River.' He was a l seemed to be really interested in r was I wrong!

"For starters, he never told me he and had kids. I found out only afte ended and he was back with his wif

"On top of that, I later learned timing me with another actress in t

"He was sleeping with both of us time – and neither one of us knew it

But the surprises didn't stop ther

"I came t there were s girls who had Mel – and he mentioned he said the insider.

"We found Robyn four m at the wrap someone blurt had a wife and ki

"He took adva and didn't care feelings at all. H jerk."

The actor was u tricks while shoo in Philadelphia ir romanced one three months wh bedding an attractive grad student, s And, according to the source, one of was Jewish!

"Philadelphia Daily News" colu Gross wrote about Gibson's roman student – and soon got a big shock.

"Imagine my surprise when, rigl item ran, I got a call telling me a sec had a three-month affair with Mel w in Philadelphia – and he had told h love with her. She even had naked p taken of them.

"She was furious to find out he'd l another woman behind her back."

Since his drunken rampage – du he made an escape attempt whi anti-Semitic hatred – the 50-year- star has been "in the doghouse at ho an insider, who lives near the star.

"His kids and his wife all have c friends – and they are embarrassed bey

– JOHN SOUTH, A PATRICIA SHIPP and MICH

NATIONAL ENQUIRER
MEL GIBSON cheats on his wife in wild, wild weekend
AMAZING PHOTOS INSIDE
Mel drinks from a shoe during the booze binge that changed his life
'He leaned over, kissed me, grabbed me and we were at it again, hands and lips all over each other'
Hollywood actress exposes months-long sexcapades with married star
EXCLUSIVE ENQUIRER INTERVIEW
BY ALAN SMITH & JOSE LAMBIET

Mel and wife Robyn have managed to survive his numerous affairs

'His kids and his wife all have Jewish friends – and they are embarrassed beyond words'

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of CALIFORNIA

ANGELA YOW,

V.

NATIONAL ENQUIRER, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

NATIONAL ENQUIRER, INC.
4950 COMMUNICATION AVENUE
BOCA RATON, FL
(561)997-7733

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MOORAD, CLARK & STEWART
Adam J. Stewart, Esq.
1020 15th Street, Suite 20
Modesto, CA 95354
(209) 526-0522

an answer to the complaint which is served on you with this summons, within 30 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________ ________________________________________

Date *Signature of Server*

________________________________________

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
ANGELA YOW

**DEFENDANTS**
NATIONAL ENQUIRER, INC. and DOES 1 through 50

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):
STANISLAUS

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
MOORAD, CLARK & STEWART
1020 15th Street, Suite 20
Modesto, CA 95354
(209) 526-0522

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☒ **MONEY DEMANDED IN COMPLAINT: $** Exceeds $75,000.

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
DEFAMATION-28 U.S.C. SECTION 1332 (a)

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities /Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☒ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**TORTS**
**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE / PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: ______________________

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I. (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III. Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V. Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI. Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.