PILLSBURY WINTHROP SHAW PITTMAN LLP
JOSEPH R. TIFFANY II (67821)
FRANK J. SINGER (227459)
2475 Hanover Street
Palo Alto, CA 94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

Attorneys for Defendant
NATIONAL ENQUIRER, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANGELA YOW,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL ENQUIRER, INC., and DOES 1 through 50,<br><br>Defendants. | Case No. 1:07-CV-01112-OWW-GSA<br><br>STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR CERTIFICATION AND REQUEST FOR STAY |

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, on or about April 15, 2008, Defendant National Enquirer, Inc. moved to certify the Court's March 11, 2008 Order for immediate appellate review and requested a stay pursuant to 28 U.S.C. § 1292(b). A hearing on National Enquirer's Motion and Request is currently scheduled for June 16, 2008;

WHEREAS, on or about April 18, 2008, the Court on its own motion continued the Case Scheduling Conference to October 3, 2008;

WHEREAS, the parties have met and conferred and agree to participate in mediation in June or July 2008; and

WHEREAS, the parties believe that postponing the hearing on Defendant's Motion and Request conserves judicial resources and avoids potentially unnecessary cost and burden on the litigants;

NOW THEREFORE, the parties stipulate and respectfully request that the Court continue the hearing on Defendant's Motion and Request to August 11, 2008 at 10:00 a.m.

Dated: May 23, 2008.

MOORAD, CLARK & STEWART
ADAM J. STEWART

By ______________________________
Adam J. Stewart

Attorneys for Plaintiff
ANGELA YOW

Dated: May 23, 2008.

PILLSBURY WINTHROP SHAW PITTMAN LLP
JOSEPH R. TIFFANY II
FRANK J. SINGER

By ______________________________
Frank J. Singer

Attorneys for Defendant
NATIONAL ENQUIRER, INC.

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

Having considered the parties' Stipulation to Continue the Hearing on Defendant's Motion for Certification and Request for Stay, and good cause appearing, the Court hereby GRANTS the parties' stipulation. The hearing on Defendant's Motion and Request, currently scheduled for June 16, 2008, is continued until August 11, 2008 at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 23, 2008 /s/ OLIVER W. WANGER

UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com