UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANGELA YOW, | ) | |
| | ) | 1:07-CV-01112 OWW GSA |
| Plaintiff, | ) | |
| v. | ) | **ORDER DISMISSING ACTION** |
| NATIONAL ENQUIRER, INC., | ) | |
| Defendant. | ) | |

Pursuant to the notice of stipulated dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice with each party to bear their own costs and fees.

IT IS SO ORDERED.

Dated:   July 18, 2008             /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE